IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00616-PAB-NRN

Larry S Farmer,

    Plaintiff,

Colorado Christian University,

    Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Larry S Farmer | Colorado Christian University |
|---|---|
| */s/ Sergei Lemberg* | */s/ Michael J. McNally* |
| Sergei Lemberg, Esq. | Michael J. McNally, Esq. |
| LEMBERG LAW LLC | Thomas N. Scheffel & Associates, P.C. |
| 43 Danbury Road, 3rd Floor | 3801 E Florida Ave, Suite 600 |
| Wilton, CT 06897 | Denver, Colorado 80210 |
| Telephone: (203) 653-2250 | Telephone: (303) 759-5937 |
| Facsimile: (203) 653-3424 | Facsimile: (303) 759-9726 |
| E-mail: slemberg@lemberglaw.com | E-mail: mmcnally@tnslaw.com |
| Attorneys for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 25, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                 By */s/ Sergei Lemberg*_____
                  Sergei Lemberg, Esq.